JEFFER MANGELS BUTLER & MITCHELL LLP
MARTA M. FERNANDEZ (SBN 120540)
(mfernandez@jmbm.com)
JON C. MCNUTT (SBN 227761) (jcm@jmbm.com)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

Attorneys for Defendant GOOD SAM ENTERPRISES, LLC, formerly known as AFFINITY GROUP, INC.

THE DIEFER LAW GROUP, PC
MARCELO DIEGUEZ, (SBN 221951)
2030 Main Street, Suite 1300
Irvine, California 92614

THE LAW OFFICES OF JERRY D. UNDERWOOD
5241 E. Santa Ana Canyon Road, Suite 135
Anaheim Hills, California 92807

Attorneys for Plaintiff KATHLEEN WALSH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KATHLEEN WALSH,<br><br>    Plaintiff,<br><br>    v.<br><br>AFFINITY GROUP, INC.,<br><br>    Defendant. | CASE NO. 2:11-cv-5104 GAF (SHx)<br><br>[~~PROPOSED~~] ORDER ON PARTIES' JOINT REQUEST FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE |

On October 20 2011, Plaintiff Kathleen Walsh and Defendant Good Sam Enterprises, LLC, formerly known as Affinity Group, Inc., by and through their counsel of record, stipulated as follows pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii):

[~~PROPOSED~~] ORDER RE DISMISSAL

8328947v1

1  (1) To a dismissal, with prejudice, of the entire Complaint; and

2  (2) That each party shall bear her or its own fees and costs.

4  Having considered the stipulation of the parties, IT IS HEREBY ORDERED that the stipulation of the parties is adopted as an order of the Court, and as set forth above.

**IT IS SO ORDERED.**

DATED October 21, 2011

_____
U.S. DISTRICT COURT JUDGE, CENTRAL DISTRICT OF CALIFORNIA

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Mitchell LLP

8328947v1

- 2 -  [~~PROPOSED~~] ORDER RE DISMISSAL